# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Ty Sudano and Thomas Easterling, | ) | C/A No. 2:22-cv-2895 DCN |
| | ) | |
| Plaintiffs, | ) | **CONSENT AMENDED** |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| The City of Folly Beach; Timothy Goodwin, | ) | |
| a/k/a Tim Goodwin, Franklin Burke, a/k/a | ) | |
| Rocky Burke, and Andrew Gilreath, in their | ) | |
| individual and official capacities; and the | ) | |
| City of Folly Beach Public Safety | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

6. <u>Discovery</u>: Discovery shall be completed no later than **November 7, 2024.** All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. <u>Motions in Limine</u>: Motions in limine must be filed **at least three weeks prior to jury selection**.

8. <u>Dispositive Motions</u>: All dispositive motions and all Daubert motions shall be filed on or before **December 11, 2024.**

9.  <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-16.12, mediation shall be completed in this case on or before **December 30, 2024**. Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

10.  <u>Trial</u>: This case will go to trial during the term of court that begins **June 27, 2025.**

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

May 6, 2024
Charleston, South Carolina