IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| TY SUDANO AND THOMAS EASTERLING ) | |
| ) | C/A No.: 2:22-cv-02895-DCN |
| Plaintiff(s), ) | |
| v. ) | |
| CITY OF FOLLY BEACH ET AL ) | |
| ) | |
| Defendant(s). ) | |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**
**STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this 2nd day of December, 2024.

                                                  *s/Jennifer Munter Stark*
                                                  Jennifer Munter Stark, Esq. FID 9364
                                                  Jennifer Munter Stark, Esquire, LLC
                                                  210 Wingo Way #300
                                                  Mt. Pleasant, SC 29464
                                                  ATTORNEY FOR PLAINTIFFS

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.