IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Ty Sudano and Thomas Easterling, | ) | 2:22-cv-02895-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR ORDER OF** |
| | ) | **PROTECTION FROM COURT** |
| The City of Folly Beach and Timothy Goodwin (AKA Tim Goodwin), Franklin Burke (AKA Rocky Burke), and Andrew Gilreath, in their Individual and Official Capacities, and City of Folly Beach Public Safety Department, | ) ) ) ) ) ) ) | **APPEARANCES** |
| Defendants. | ) | |

**TO THE HONORABLE JUDGE OF THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION:**

PLEASE TAKE NOTICE THAT Jonathan L. Anderson of Anderson Law Group, LLC hereby requests an Order of Protection from all court appearances in the above case, for the dates of:

*July 14, 2025 through July 25, 2025*

The dates are requested for a necessary surgical procedure and recovery. Opposing Counsel has been consulted and has not opposed.

**ANDERSON LAW GROUP, LLC**

*/s/ Jonathan L. Anderson*
Jonathan L. Anderson (SC Bar Number 103127)
37 ½ Broad Street | PO Box 87
Charleston, SC 29401
Phone: (843) 723-0185
Fax:    (843) 405-0313
landerson@algsc.com
***Attorney for Andrew Gilreath***

2 July 2025
Charleston, SC